# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00019-01 |
| v. | (Judge Brann) |
| TROY RYEHEE BROWN, | |
| Defendant/Petitioner. | |

## **ORDER**

**AND NOW**, this 25th day of January 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant/Petitioner Troy Ryehee Brown's Petition for Writ of Habeas Corpus, June 18, 2018, ECF No. 955, is **DISMISSED**.

2. No certificate of appealability shall issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge